## ARMSTRONG v. N.C. STATE BD. OF DENTAL EXAMINERS

No. 184P98

Case below: 129 N.C.App. 153

Motion by respondent to dismiss appeal allowed 29 July 1998. Petition by petitioner for discretionary review pursuant to G.S. 7A-31 denied 29 July 1998. Petition by respondent for discretionary review pursuant to G.S. 7A-31 dismissed as moot 29 July 1998.

## BROMHAL v. STOTT

No. 213P98

Case below: 129 N.C.App. 426

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 29 July 1998. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 29 July 1998.

## BROWN v. AMERICAN MESSENGER SERVICES, INC.

No. 186P98

Case below: 129 N.C.App. 207

Petition by defendant (Ballard) for discretionary review pursuant to G.S. 7A-31 denied 29 July 1998.

## IN RE GILLIS

No. 215P98

Case below: 129 N.C.App. 427

Petition by respondent for discretionary review pursuant to G.S. 7A-31 denied 29 July 1998.

## IN RE ROBINSON

No. 198P98

Case below: 129 N.C.App. 424

Petition by respondent (Jeffrey Todd Robinson) for discretionary review pursuant to G.S. 7A-31 denied 29 July 1998.